STATE *v.* JAMES W. HARPER and others.

(See the Syllabus in the preceding case of the *State* v. *Parrott* and others, in which the facts and the decision are the same as in this case.

(*State* v. *Dibble*, 4 Jones, 107, cited and approved.)

INDICTMENT for a trespass in tearing down a portion of a Railroad bridge, tried before *Clarke, J.,* at the Spring Term, 1874, of LENOIR Superior Court.

The offence charged and the facts in this case are identically the same as those in the preceding case of the *State* v. *Parrott,* and others, *ante* 311.

Upon the special verdict his Honor held the defendants not guilty, whereupon the State appealed.

*Attorney General Hargrove, Pou, Seymour* and *Lehman,* for the State.

*Smith & Strong,* for the defendants.

READE, J. The facts in this case are substantially the same as the facts in *State* v. *Parrott, et. al.* at this term, and the principles governing it are the same and the decision is the same.

Let the decision and the opinion in that case be certified as the decision and opinion in this to the end that the Court below may proceed to judgment discharging the defendant as upon a verdict of not guilty.

PER CURIAM.                                    Judgment affirmed.